UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ALAA TANTAWY, LUIS CARVAJAL, NOEL
FLORES, CAROLINA MERES and NICOLAS
PERALTA on behalf of themselves and on behalf of
all others similarly situated,

No. 14-CV-05062 (CBA) (SMG)

                   Plaintiffs,

      -against-                        **DISCLOSURE STATEMENT**

CREATIVE FOOD GROUP HD LLC,
CREATIVE FOOD GROUP SYR, LLC,
SANIYA ENTERPRISES INC., ALTAF
ISANI, SANIYA ISANI, IKRAMUDDIN
MANDANI a/k/a IKRAM MANDANI, and
SIRAJ HIMANI,

                   Defendants.

------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CREATIVE

FOOD GROUP HD LLC, CREATIVE FOOD GROUP SYT, LLC, and SANIYA

ENTERPRISES INC., by and through their attorneys, Moses & Singer LLP, hereby state:

      CREATIVE FOOD GROUP HD LLC, CREATIVE FOOD GROUP SYT, LLC., and

SANIYA ENTERPRISES INC are nongovernmental corporate entities with neither parent

corporations nor any publicly-held corporations owning 10% or more of their stock.

Dated:     New York, New York     MOSES & SINGER LLP
            October 3, 2014

                               By:     /s/ Shari Alexander
                                 David B. Feldman, Esq. (DF 6547)
                                 Shari A. Alexander, Esq. (SA 0615)
                           The Chrysler Building
                           405 Lexington Avenue
                           New York, New York 10174-1299
                           Telephone: (212) 554-7635
                           E-mail:  dfeldman@mosessinger.com
                                   salexander@mosessinger.com
                           *Attorneys for Represented Defendants*

1034119